BERNARD HOPLER, PLAINTIFF-PETITIONER, v. HILL CITY COAL & LUMBER CO., DEFENDANT-RESPONDENT.

See same case below: 7 *N. J. Super.* 24.

*Mr. David Roskein* and *Mr. John A. Laird* for the petitioner.

*Mr. Stanley U. Phares* and *Mr. Isidor Kalisch* for the respondent.

May 29, 1950. Granted.

NORMAN P. GRIZZANTI, PLAINTIFF-RESPONDENT, v. MAX S. MILLER, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 6 *N. J. Super.* 388.

*Messrs. Duggan, Shaw & Hughes* and *Mr. John E. Hughes* for the petitioners.

*Mr. John C. Guyet, Mr. Louis Santorf* and *Mr. Martin Kimmel* for the respondent.

May 29, 1950. Denied.